```
                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

MICHAEL ISACSON,

        Movant,                CIVIL ACTION NO.
                                 1:13-CV-1346-CAP

    v.                         CRIMINAL ACTION NO.
                                 1:12-CR-40

UNITED STATES OF AMERICA,

        Respondent.

## O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 19th day of November, 2013.

                                                 /s/ Charles A. Pannell, Jr.
                                                 CHARLES A. PANNELL, JR.
                                                 United States District Judge